

**Sylvia O. Hinds-Radix**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Alexandra Corsi**
Senior Counsel
Phone: (212) 356-3545
acorsi@law.nyc.gov

February 22, 2024

VIA ECF
The Honorable Kevin Castel
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

*[Stamped order:]* Initial conference is adjourned from March 22, 2024 to July 22, 2024 at 10:30 a.m.  Dial-In No.:  1-888-363-4749, Access Code:  3667981.  Refer to Docket Entry 6 for details.  SO ORDERED.  Dated:  2/23/2024
/s/ P. Kevin Castel
United States District Judge

Re: Michael Marrow v. City of New York, et al., 24-CV-00114-PKC

Your Honor:

     I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to the above-referenced matter writing on behalf of defendant City of New York ("City").[1]  Because this case is proceeding pursuant to the Southern District of New York's Plan for Certain Section 1983 Cases against the City of New York, defendant City respectfully requests that the Court adjourn, *sine die*, the Initial Conference currently scheduled for March 22, 2024 at 10:00 a.m. until after the Plan runs its course, i.e. after July 12, 2024.  This is the City's first request for an adjournment of the Initial Conference in this matter, and Plaintiff's counsel, Eugene Bellin, consents to this request.

     By way of background, on January 5, 2024, plaintiff filed the instant complaint against the City alleging, *inter alia*, that on January 6, 2023, he was falsely arrested by a number of New York City Police Department officers. On January 8, 2024, this case was designated for participation in Local Civil Rule 83.10 ("the Plan"), and on January 16, 2024, the City was thereafter served with the summons and complaint, as well as the relevant N.Y. C.P.L. §160.50 release.  Accordingly, and pursuant to the deadlines set forth in §§ 3, 8 of the Plan, the City's response to the complaint is currently due April 5, 2024, and following the limited discovery schedule, mediation is to be completed by July 12, 2024.

---

[1] This case has been assigned to Assistant Corporation Counsel Adam Bevelacqua, who is admitted to the New York State Bar but is currently in the process of seeking admission to the Southern District of New York. Mr. Bevelacqua is handling this matter under my supervision and may be reached directly at (212) 356-2105 or abevelac@law.nyc.gov.

2

As Your Honor is likely aware, under the terms of the Plan, the parties are to have their Rule 26(f) conference within 14 days after the first defendant files its answer, initial disclosures should be exchanged within 21 days after the first defendant files its answer, and specific documents are to be exchanged between the parties within 28 days after the first defendant files its answer. (See S.D.N.Y. Local Civ. R. 83.10 §§ 4-5.) All other discovery is stayed, as the parties are then directed to engage in settlement discussions and either have a settlement conference with a Magistrate Judge or a mediation session with a Southern District mediator. (See S.D.N.Y. Local Civ. R. 83.10 §§ 5-8.) Pursuant to § 8 of the Plan, a mediation session should occur no later than 14 weeks after the first defendant files its answer; in this case, and given the current answer deadline of April 5, 2024, the first mediation session should be completed by July 12, 2024. Accordingly, the City respectfully submits that an Initial Conference at this stage is not necessary, as a limited discovery schedule has already been set forth in the Section 1983 Plan, and all other discovery is stayed pending a settlement conference or mediation session.

For the reasons set forth herein, defendant City respectfully requests that the Court adjourn the Initial Conference currently scheduled for March 22, 2024 at 10:00 a.m. to a date and time convenient for the Court after July 12, 2024, which will be when the Plan has run its course.

Thank you for your consideration in this regard.

Respectfully submitted,

*Alexandra Corsi*

Alexandra Corsi
Senior Counsel
Special Federal Litigation Division

To:   VIA ECF
      Eugene Bellin, Esq.
      *Attorney for Plaintiff*
      485 Madison Avenue, 16th Floor
      New York, NY 10022